Clerk of Court                    1/2/2020

TO: David J. Bradley

or

To Whom it may concern

United States Courts
Southern District of Texas
F-I-L-E-D
JAN 06 2020
David J. Bradley, Clerk of Court

My name is RICHARD LEE CARLISLE JR. I am presently incarcerated in the Harris County Sheriff's Office Jail.
RICHARD LEE CARLISLE JR.
SPN: 01427765  Loc. MD3
Houston, TX 77002

I am being delayed and/or denied to properly address the Honorable United States District Court Southern District of Texas Houston Division.

I am Indigent and being denied and/or limited to the court required documents required copies and legal material by the Harris County Sheriff's Office Jail - Law Library due to my Infirmary Status, Disiblitiy Status, and/or Veteran Status.

I am in Imminent Danger of Physical Injure and while incarcerated my Civil Right and 8th Amendment Right.

Harris County Sheriff's Office Jail has currently:

1) Take Legal Document away from me.
2) Refused to provide Legal material to me.
3) Refused Legal material to properly address the Honorable Court Approperly.
4) Cause Imminent Physical injury and a possibility loss of left leg.
5) Medical Indifference
6) Inadequate Medical Care
7) Diliberate Indifference
8) Violation to access the Court properly due to my medical status, mental status, and/or Indigent Status
9) Refused Access to Law Library Access due to medical incarceration
10) I have had Life Threatening issues due to delayed Treatment and have an open Wound that is 7" in legnth and 8" in width.
11) I am a 100% Service Connect Disable Veteran and denied access to the Veteran Hospital

Please help me.

Richard Lee Carlisle Jr.

Richard Lee Carlisle Jr.

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: RICHARD LEE CARLISLE JR.
SPN: 01423765  Cell: MD3
Street 1200 Baker St
HOUSTON, TEXAS 77002

**INDIGENT**

Legal Documents

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

U.S. POSTAGE $000.50
ZIP 77002
JAN. 03, 2020

FILED
JAN 06 2020
David J. Bradley, Clerk of Court
United States Courts
Southern District of Texas